Broadfoot, J.
 

 On the same date that this appeal was argued we announced our decisions in the cases of
 
 Klatt v.
 
 
 *627
 

 Zera,
 
 ante, p. 415, 105 N. W. (2d) 776, and
 
 Mancheski v. Derwae,
 
 ante, p. 467, 105 N. W. (2d) 773. Although not identical, the provisions of the insurance policies here involved were substantially the same as those set out in the
 
 Klatt
 
 and
 
 Mancheski Cases, supra.
 

 At the time of the accident, Richard Asleson .was not driving an automobile described in either of said policies but was driving one owned by his brother-in-law. The arguments advanced upon this appeal by Milwaukee Automobile Mutual Insurance Company were substantially the same as those advanced in the
 
 Klatt Case, supra.
 
 The only distinction mentioned by the appellant was that its policy was issued to the plaintiff’s wife. However, the provision covering the use of other automobiles specifically provided that it covered the spouse of the named insured if a resident of the same household. Plaintiff met this requirement.
 

 This case is governed by our decisions mentioned above and we will not extend this opinion by repeating the arguments advanced and answering the same.
 

 By the Court.
 
 — Judgment affirmed.